# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 29, 2025

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| No. 24-1081 | LAUREN RICHWINE and DEATH DONE DIFFERENTLY LLC,<br>Plaintiffs - Appellees<br><br>v.<br><br>KATHLEEN DIANE MATUSZAK, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00370-HAB-SLC<br>Northern District of Indiana, Fort Wayne Division<br>District Judge Holly A. Brady | |

The judgment of the District Court is **AFFIRMED** and the case is **REMANDED** in accordance with the decision of this court entered on August 28, 2025. Costs awarded to the appellees.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)